Dora · Hertchikoff. Abraham H. Sarasohn, for appellant. Louis Levene, for respondent. No opinion. Order reversed, on argument. See 34 N. Y. Supp. 1142.

KOSTER et al. v. ROBINSON. (Supreme Court, Appellate Division, First Department. April 24, 1896.) Action by John Koster and others against Marvin S. Robinson. No opinion. Motion granted, with $10 costs.

LACHMAN v. ARONSON. (Supreme Court, Appellate Division, Second Department. April 7, 1896.) Action by one Lachman against one Aronson. No opinion. Motion to dismiss appeal denied, without costs, with .leave to renew at the next term. All concur.

LADENBURG et al. v. COMMERCIAL BANK OF NEWFOUNDLAND (two cases). (Supreme Court, Appellate Division, First Department. April 17, 1896.) No opinion. Motion in each case denied, on payment of $10 costs. See 32 N. Y. Supp. 873; 33 N. Y. Supp. 821; 35 N. Y. Supp. 1110; and 37 N. Y. Supp. 1085.

LANE et al. v. MOSS et al. (Supreme Court, Appellate Division, First Department. March 13, 1896.) Action by Florence M. Lane and others against Frank Moss and others. No opinion. Motion granted, with $10 costs.

LELAND, Respondent, v. SUN PRINTING & PUBLISHING ASS'N, Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1896.) Action by Harriet Leland against the Sun Printing & Publishing Association. Franklin Bartlett, for appellant. Jonas B. Weil, for respondent.

PER CURIAM. We do not see that this case is distinguishable in principle from the case of McClean v. Press Co. (Sup.) 19 N. Y. Supp. 262. The judgment should be affirmed with costs. with leave to the defendant to answer in 20 days after service of affirmance, upon payment of the costs of appeal and costs of the special term.

LEONARD et al. v. FABER. (Supreme Court, Appellate Division, First Department. March 6, 1896.) Action by Charles H. Leonard and others against Eberhard Faber. No opinion. Motion granted. See 37 N. Y. Supp. 427.

LEVY v. SWICK PIANO CO. HARTEN-STEIN v. SAME (two cases). SPEIDEL v. SAME (four cases). SWICK v. SAME. (City Court of New York, General Term. March 16, 1896.) Actions by Abraham Levy, Frank Hartenstein, William H. Speidel, and Hester Ann Swick against the Swick Piano Company. Philip Waldheimer (Abraham Levy, of counsel), for appellant. Benno Loewy, for respondent Hester Ann Swick. Alfred B. Jaworower, for respondents Speidel and Hartenstein.

PER CURIAM. The special term justice decided these applications rightly, and, for the reasons assigned by him, the order appealed from is affirmed, with costs.

LEWIS, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1896.) Action by Z. Edwards Lewis against George K. Thompson. No opinion. Motion for reargument denied, with $10 costs. See 38 N. Y. Supp. 316.

LIEBESKIND v. BOHNET. (Supreme Court, Appellate Division, First Department. May 1, 1896.) Action by Hannah Liebeskind against Philip Bohnet. No opinion. Motion granted, with $10 costs.

LIEBMANN et al., Plaintiffs, v. LIEBMANN BROS. CO., Defendant (BLUMGART, Appellant). (Supreme Court, General Term, Second Department. July 26, 1895.) Action by Louis Liebmann and another against the Liebmann Brothers Company and Louis Blumgart. No opinion. Orders · affirmed, with $10 costs and disbursements, on opinion of Justice CULLEN at special term. All concur.

LOEW v. CHRIST. (Supreme Court, Appellate Division, First Department. March 13, 1896.) Action by Edward V. Loew against Sebastian Christ. No opinion. Motion granted, with $10 costs.

LUCAS, Respondent, v. FISCHER et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 8, 1896.) Action by Wilhelmina Lucas against Benedickt Fischer and others. No opinion. Judgment and order affirmed, with costs. All concur.

LUDLOW, Respondent, v. JOHNSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 28, 1896.) Action by James B. Ludlow against Dorothy G. Johnson and Genie H. Rosenfeld. No opinion. Motion to dismiss appeal denied, with $10 costs.

McGINLEY et al., Respondents, v. BANK FOR SAVINGS, Appellant. (Supreme Court, Appellate Division, First Department. April 17, 1896.) Action by Hannah McGinley and others against the Bank for Savings. W. W. Thompson, for appellant. T. G. Strong, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

McLOUTH, Respondent (SEXTON, Appellant), v. HUNT et al., Appellants. (Supreme Court, General Term, Fifth Department. December 28, 1895.) Action by Charles McLouth and Pliny T. Sexton as trustees, etc., against George C. Hunt and others. No opinion. Judgment affirmed on opinion of the referee. Costs of this appeal to the parties, respectively, payable out of the income of the fund.

In re MACY et al. (Supreme Court, Appellate Division, First Department. May 1, 1896.) Application of R. H. Macy & Co. to compel the